```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA KENNEDY,

                **Plaintiff,**

- against -

WEILL CORNELL MEDICAL COLLEGE, et al.,

                **Defendants.**

**ORDER**

09 Civ. 6256 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having considered the Parties' submissions of February 23, 2010,

**IT IS HEREBY ORDERED** that the fact discovery deadline shall extended from March 31, 2010, to **April 30, 2010.**

**SO ORDERED** this 25th day of February 2010
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge